UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JONATHAN ABRAHAM SIMMONS,

Defendant.

**INDICTMENT**

26 Cr. 497

**COUNT ONE**
**(Assaulting a Person Assisting an Employee of the United States in the Performance of Official Duties)**

The Grand Jury charges:

1. On or about August 6, 2026, in the Southern District of New York and elsewhere, JONATHAN ABRAHAM SIMMONS, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault, to wit, SIMMONS forcibly assaulted a medical resident ("Victim-1"), while Victim-1 was treating patients and assisting VA medical staff at the Margaret Cochran Corbin VA Campus, located at 423 East 23rd Street, New York, New York.

(Title 18, United States Code, Section 111(a)(1).)

[redacted]
FOREPERSON
October 23, 2026

James M. McDonald
JAMES M. MCDONALD
United States Attorney